IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LIQUID CAPITAL OF AMERICA CORP., <br> Plaintiff, <br> v. <br><br> EFFECTIVE BUSINESS SOLUTIONS INC. and ALFREDO MACHADO, <br> Defendants. | § § § § § § § § § § | Civil Action No. 3:18-CV-3102-S-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Clerk's Entry of Default, Motion for Default Judgment, and Brief in Support*, filed October 2, 2019 (doc. 13), is **GRANTED in part**. A separate default judgment will be entered in the plaintiff's favor on its breach of contract claim against defendant Effective Business Solutions, and on its breach of guaranty claim against defendant Alfredo Machado.

**SO ORDERED.**

SIGNED June 2, 2020.

*(signature)*

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE